# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHONDA VALENTINE,<br><br>            Plaintiff,<br><br>   v.<br><br>THE TOWERS CONDOMINIUM ASSOCIATION,<br><br>            Defendant. | Case No. 22-cv-3216 (JMC) |

## **ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion to dismiss, ECF 5, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 26, 2024